UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE S. CALHOON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:19-cv-2165-KJM-EFB<br><br><br><br>ORDER AFTER HEARING |

The case was before the court on September 16, 2020, for hearing on plaintiff's motion to compel defendants to produce documents responsive to his Request for Production of Documents. ECF No. 28. Attorney Edwin Bradley appeared on behalf of plaintiff. Assistant City Attorney Beverly Roxas appeared on behalf of defendants.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's motion to compel (ECF No. 28) is granted in part;

2. The parties are directed to meet and confer for the purpose of drafting a stipulated protective order governing the exchange of confidential information. The parties shall submit their stipulated protective order for the court's review by no later than September 23, 2020;

3. On or before September 30, 2020, defendants shall produce documents responsive to plaintiff's Requests for Production of Documents Numbers 11-15 and 17-21. The production

shall be limited to documents created on or before October 14, 2018, except that defendants shall produce any documents created after that which directly relate to the events giving rise to plaintiff's claims (e.g., disciplinary records stemming from the October 14, 2018 events).

DATED: September 17, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE