**CITY ATTORNEY'S OFFICE FOR**
**THE CITY OF SOUTH LAKE TAHOE**
**Heather L. Stroud, City Attorney, SB# 263833**
hstroud@cityofslt.us
**Beverly A. Roxas, Assistant City Attorney, SB#298582**
broxas@cityofslt.us
**1901 Lisa Maloff Way, Suite 300**
**South Lake Tahoe, CA 96150**
**(530) 542-6046; FAX (530) 542-7411**

**Attorney for Defendants CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT, CITY OF SOUTH LAKE TAHOE, NICK CARLQUIST, DEREK SIMON, JOSEPH ACKER, MATT MORRISON and TRAVIS CABRAL**

**Edwin Bradley, Of Counsel (SBN 141932)**
**RAFF LAW, APC**
**The Grace Building**
**17 Keller Street**
**Petaluma, CA 94952**
**(707) 897-8040**

**Attorney for Plaintiff, WAYNE S. CALHOON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WAYNE S. CALHOON, )<br>)<br>        Plaintiff, )<br>  vs. )<br>)<br>CITY OF SOUTH LAKE TAHOE, et al, )<br>)<br>        Defendants. )<br>_____ ) | Case No.: 2:19-CV-02165-KJM-EFB<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

    The parties having stipulated that further developments in the case warrant a new Scheduling Conference and a new Bench Order: AND WITH GOOD CAUSE APPEARING THEREFORE,

THE COURT HEREBY ORDERS:

    Counsel for the parties shall appear for a further Scheduling Conference on May 6, 2021 at 2:30 p.m. The parties are ordered to file a supplemental Joint Case Management Conference Statement fourteen days prior to the scheduling conference. The joint statement shall specify the issues requiring adjudication by the Court at the further Scheduling Conference and shall include a proposed schedule for all such matters.

    IT IS SO ORDERED.

DATED: March 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE