UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WAYNE S. CALHOON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No.: 2:19-cv-02165-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AMONG PLAINTIFF AND MOTEL 6 DEFENDANTS TO EXTEND TIME FOR DEFENDANTS MOTEL 6 OPERATING, L.P. AND JAMES HIGHTOWER TO FILE DISPOSITIVE MOTIONS BRIEFING**<br><br>Date:     January 27, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 3, 15th Fl.<br>Judge:   Kimberly J. Mueller<br>Action filed: 10/25/1019<br>Trial date:   Not set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Upon consideration of the Parties' Stipulation and good cause being shown, IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED and made an Order of the Court.
2. The time for the Motel 6 Defendants' to file dispositive motions briefing in the above-captioned matter would be extended from November 7, 2022 to **December 9, 2022**;
3. Plaintiff's new deadline to file an Opposition to the Motel 6 Defendants' dispositive motion would be extended to **December 30, 2022**; and
3. Motel 6 Defendants' new deadline to file a Reply in Support of its dispositive motion would be extended to **January 13, 2023.**

**IT IS SO ORDERED.**

DATED: November 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE