UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE S. CALHOON, | No. 2:19-cv-02165-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT et al., | |
| Defendant. | |

Defendants City of South Lake Tahoe Police Department, City of South Lake Tahoe, Nick Carlquist, Derek Simon, Joseph Acker, Matthew Morrison, James Hightower and Motel 6 (collectively, "Defendants") move to extend the expert witness disclosure and discovery deadlines in this action. Mot., ECF No. 92. Defendants filed this action under Local Rules 144(a) and 233 and Federal Rule of Civil Procedure 16(b). E.D. Cal. L.R. 144, 233. Plaintiff has not filed an opposition. Defendants ask to "extend the expert disclosures deadline, including exchange of Federal Rules of Civil Procedure Rule 26 expert reports, from November 30, 2022 to February 10, 2023; the rebuttal expert witness exchange deadline from December 9, 2022 to February 23, 2023; and the expert discovery deadline from December 29, 2022 to March 10, 2023." Mot. at 2. The current deadline for hearing dispositive motions is February 2, 2023.

1

     Under Local Rule 233, parties may file motions to "alter a discovery schedule that does not affect dispositive motion filing dates." E.D. Cal. L.R. 233. However, the proposed amendments to the discovery schedule would necessitate delaying the deadline for dispositive motions until after discovery is complete. Thus, Local Rule 233 is not applicable.

     Under Federal Rule of Civil Procedure ("Rule") 16, the court is required to issue a scheduling order as soon as practicable, and the order "must limit the time to join other parties, amend the pleadings, complete discovery, and file motions." Fed. R. Civ. P. 16(b)(3)(A). Once a scheduling order has been filed pursuant to Rule 16, the "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Here, defendants have shown good cause and thus the court **grants** defendants' motion. Expert disclosure shall be completed by February 10, 2023, rebuttal expert witnesses shall be exchanged by February 23, 2023, and expert discovery shall be completed by March 10, 2023. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by April 7, 2023.

     IT IS SO ORDERED.

DATED: December 1, 2022.

CHIEF UNITED STATES DISTRICT JUDGE